RANDY S. GROSSMAN
Acting United States Attorney
ERIC R. OLAH
Assistant U.S. Attorney
California Bar No. 295513
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Email: eric.olah@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 3:21-CR-1669-TWR |
|---|---|
| Plaintiff, | |
| v. | **THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |
| NATASHA MEJIA, | |
| Defendant. | |
| | **The Honorable Todd W. Robinson** |

The UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Eric R. Olah, Assistant United States Attorney, pursuant to Rule 48(a) of Federal Rules of Criminal Procedure, hereby seeks leave to dismiss and moves the Court for an order dismissing without prejudice the Indictment (ECF No. 1).

Based on the United States' review of the circumstances surrounding Defendant's arrest and information learned during the investigation following arrest, the United States believes that the interests of justice are best served by a dismissal and respectfully moves to dismiss this case without prejudice.

/ /

/ /

| | |
|---|---|
| 1    DATED: June 25, 2021 | Respectfully submitted, |
| 2 | RANDY S. GROSSMAN |
|   | Acting United States Attorney |
| 3 | |
| 4 | */s/ Eric R. Olah* |
|   | ERIC R. OLAH |
| 5 | Assistant United States Attorney |