

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> NATASHA MEJIA, <br><br> Defendant. | Case No.: 3:21-CR-1669-TWR <br><br> **ORDER AND JUDGMENT** |

The United States' Motion to Dismiss the Indictment (ECF No. 10) is hereby GRANTED. The Indictment (ECF No. 1) is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 6/28/21

HON. TODD W. ROBINSON
United States District Judge